**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN THE MATTER OF:**
Patrick William McLeod  Bankruptcy Case No. 12-66747
Josephine Ann McLeod,  Honorable Marci B. McIvor
  Chapter 11

  Debtors.
_____/

**DEBTORS' RESPONSE TO THE MOTION TO RE-OPEN CHAPTER 11 BANKRUPTCY PROCEEDING FOR PURPOSES OF PROCEEDING WITH MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)**

**NOW COME** Debtors, Patrick William McLeod and Josephine Ann McLeod (hereinafter referred to as "Debtors") and for their Response to the Motion to Re-Open Chapter 11 Bankruptcy Proceeding for Purposes of Proceeding with Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(A)(3) (the "Motion") and state as follows:

1. Debtors admit that the case was filed on December 10, 2012 (the "Petition Date").

2. Debtors admit that the Order Confirming Plan was entered with the Court on August 21, 2013.

3. Debtors admit that the case was administratively closed on November 1, 2013.

4. Debtors neither admit nor deny that the confirmed plan required the Debtors to maintain direct payments Creditor directly and leaves Creditor to its proofs.

5. Debtors deny the allegations contained therein and leave creditor to its proofs that the Debtors were responsible for maintaining taxes of property directly.

6. Debtors neither admit nor deny that the debtor has failed to comply with his agreement and leaves the creditor to its proofs. The motion fails to state with specificity what is delinquent, leaving Debtors unable to determine the truth of the matter asserted.

7. Debtors need not file a response to this allegation.

8. The Debtors maintain that all mortgage payment have been made although the creditor may not have applied all payments. One payment was sent to creditor's counsel and creditor has not been able to locate same. The Debtors have reissued the payment in question.

9. Creditor's counsel advised that at this time that the debtors possibly owe $165.27 for outstanding 2016 property tax liability. The Debtors have executed that amount and have mailed it to counsel to cure same.

10. Creditor has failed to produce any evidence of any other outstanding property tax liability.

**WHEREFORE,** Debtors pray that this Honorable Court deny the Order Re-Opening Chapter Bankruptcy Proceeding for Purposes of Proceeding with

Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(A)(3).

Respectfully submitted,
STEVENSON & BULLOCK, PLC

Dated: December 22, 2017

/s/ Michelle M. Stephenson
Michelle M. Stephenson (P51653)
Counsel for Debtors
26100 American Dr., Suite 500
Southfield, MI 48034
(248) 354-7906
mstephenson@sbplclaw.com