## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
Patrick William McLeod
Josephine Ann McLeod,

Bankruptcy Case No. 12-66747
Honorable Marci B. McIvor
Chapter 11

    Debtors.

_____/

## SUPPLEMENTAL RESPONSE TO THE MOTION TO RE-OPEN CHAPTER 11 BANKRUPTCY PROCEEDING FOR PURPOSES OF PROCEEDING WITH MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3)

**NOW COME** Debtors, Patrick William McLeod and Josephine Ann McLeod (hereinafter referred to as "Debtors") and Supplement their Response to the Motion to Re-Open Chapter 11 Bankruptcy Proceeding for Purposes of Proceeding with Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(A)(3) (the "Motion") by providing evidence of payments made, and state as follows:

1.    Debtors' Plan was confirmed on August 21, 2013.

2.    Debtors' first post-confirmation monthly payment of $507.59 to creditor, Ocwen, should have commenced September 2013.

3.    At the time the Motion was filed on October 23, 2017, the Debtors would have had a total of 50 payments due to creditor, or $25,384.50, plus any outstanding property taxes. *See Exhibit 1 for Spread Sheet of Amounts due on Mortgage.*

4. As of the date of this hearing, Debtors would have had a total of 53 payments due to creditor, or $26,907.57. *See Exhibit 1 Spread Sheet of Amounts due on Mortgage.*

5. The Debtors' sent the first payment on October 1, 2013 as they mistakenly believed that objection of the U.S. Trustee to the administrative closing of their case impacted confirmation and the due date of the first payment.

6. On or about July 15, 2015, the Debtors contacted Ocwen to make an ACH payment and was advised that they only had $446.15 due that month. Such payment was made but unknown to Debtors caused a $33.36 deficiency for that month.

7. Debtors also inadvertently missed the September 2016 payment.

8. At the time of filing the motion, the Debtors had just over two outstanding mortgage payments due creditor of $1,048.74. Said payments have been made and there remain no outstanding payments due. There was and is no cause to reopen this case. *See Exhibit 2 A-F for Evidence of Mortgage Payments.*

9. It appears that Creditor's ledger reflects that all but $33.36 was outstanding through September 2017. However, during a telephone conference, Creditor's counsel confirmed that the September 2016 payment addressed in Paragraph 7 above was outstanding. *See Exhibit 3 – Creditor's Ledger.*

10. Creditor, through counsel, advised Debtors' counsel that the records reflected the Debtors had outstanding property taxes of only $165.27. Those funds were paid and mailed to creditor's counsel via certified mail with the

missing mortgage payment on December 29, 2017. *See Exhibit 2E for Certified Letter Enclosing Cure of Property Tax Delinquency (and a mortgage payment by separate check).*

9.  On January 11, 2018, Debtors made an ACH payment to cure the one full outstanding mortgage payment and the $33.36 deficiency as identified in Paragraphs 5 and 6 above. It also included the January 2018 payment. *See Exhibit 2F.*

9.  Creditor has failed to show good cause to re-open this case.

**WHEREFORE,** Debtors pray that this Honorable Court deny the Order Re-Opening Chapter Bankruptcy Proceeding for Purposes of Proceeding with Motion for Relief from the Automatic Stay and Entry of Order Waiving the Provision of FRBP 4001(A)(3).

Respectfully submitted,
STEVENSON & BULLOCK, PLC

Dated: January 12, 2018

/s/ Michelle M. Stephenson
Michelle M. Stephenson (P51653)
Counsel for Debtors
26100 American Dr., Suite 500
Southfield, MI 48034
(248) 354-7906
mstephenson@sbplclaw.com

## EXHIBIT 1

Payments of $507.69/mo. to commence 9/1/13

| | |
|---|---|
| 04 Payments due in 2013 = ............................................................................................. | $ 2,030.76 |
| 12 Payments due in 2014 = ............................................................................................... | $ 6,092.28 |
| 12 Payments due in 2015 = ............................................................................................... | $ 6,092.28 |
| 12 Payments due in 2016 = ............................................................................................. | $ 6,092.28 |
| 10 Payments due through filing of motion on Oct. 23, 2017 = ........................................ | $ 5,076.90 |
| 50 Payments due on Oct. 23, 2017 = ............................................................................... | $25,384.50 |

Payments due through date of hearing = 53

| | |
|---|---|
| 2 More due in Nov. & Dec. 2017 ....................................................................................... | $ 1,015.38 |
| 1  Payment due in 2018 = ................................................................................................. | $   507.69 |
| 53 Payments due on Jan. 12, 2018 total = ....................................................................... | $26,907.57 |

| | |
|---|---|
| Exhibits reflect a total of 33 cancelled checks totaling from Oct. 2013-Dec. 2017: | $16,753.77 |
| Debtors made a check in the lump sum of on or about 8/18/15: | $ 7,623.53 |
| Debtors ledger reflect two payments on 12/3/13 and 7/15/15 made via ACH totaling: | $   973.84 |
| Debtors Reissued Check #1778 Sept. 2016 Payment on 12/29/17: | $   507.69 |
| Total payments issued by 12/31/17 | $25,858.83 |
| Short one payment $507.69 and a small discrepancy of a payments $33.36 | ( 541.05) |
| ACH payment of $1,048.74 made on January 11, 2018 via ACH (covers the missing $541.05 and the January 2018 payment)              + | $ 1,048.74 |
| Total paid January 11, 2018 | $26,907.57 |
| Total due January 2018 | $26,907.57 |

<u>EXHIBIT 2</u>

A) Cancelled Checks (33 total)

B) Letter Reflecting Lump Sum Payment of $7,623.53

C) ACH Confirmation Numbers of Payments Made 12/3/13 & 7/15/15

D) Payment mailed on Dec. 4, 2017 but lost (NOT credited on Ex. A)

E) Payment mailed certified on Dec. 29, 2017

F) Evidence of ACH payment made Jan. 11, 2018

EXHIBIT 2 – A:  Cancelled Checks (33 total)

272463606 - Oakland County CU

Wednesday, January 3, 2018 11:41 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 12/11/2013 | 99217363 | 730 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

730

10-1 13   Date

Pay to the Order of  Ocwen                                    $507.69

five hundred seven + 09/100                        Dollars

Oakland County CREDIT UNION
1920 County Center Drive W
Waterford, MI 48329-1904

For 709108x957

⑈272483808⑈   4117329⑈   0730

PAYEE ENDORSEMENT GUARANTEED OCLEOD,

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:41 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 1/3/2014 | 90706696 | 881 | 4117329 | | $507.69 | | |

881

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DRIVE
OXFORD, MI 48371

-74-6380-2724

12-1?-2013

PAY Oawen                    $507.69

to the order of

Fiv Hundud Seven + 69/00 ——————— DOLLARS

OAKLAND COUNTY CREDIT UNION
1220 COUNTY CENTER DR. WEST
WATERFORD, MI 48328

for 7091688957

⑆272483808⑆    4117329⑆ 0881

PAYEE ENDORSEMENT GUARANTEED BY DEPOSITORY BANK

98  960765 350    76

57

3

<< Back

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
200 GOLFSIDE DR
OXFORD, MI 48371

NO. 984
74-8360/2724

12-1-14

Pay to the Order of _Ocwen_____ | $ 507.69

_five hundred seven + 09/100_____ Dollars

OAKLAND COUNTY
CREDIT UNION

DEC 2 2 2014

#20916 88957 acct

⑈272483808⑈ ⑈417329⑈ 0984

R&T#: 272483808 Account#: 417329 Draft#: 984 Amount$: 507.69 Date: 1/9/2015 Sequence: 99149327

1224-2014 411 0037966233 036 012

676482

R&T#: 272483808 Account#: 417329 Draft#: 984 Amount$: 507.69 Date: 1/9/2015 Sequence: 99149327

https://www.sccorp-cu.com/secure/imageprint.asp                    4/10/2015

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:42 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 5/29/2015 | 99865428 | 1124 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1124

74-8300/2724

5-1-15

MAY 19 2015

Pay to the Order of _Ocwen_ | $ 507.69

_one hundred seven + 6 9/00_ Dollars

OAKLAND COUNTY
CREDIT UNION

For _7091688957_

⑆272483808⑆ 4117329⑈ 1124

PAY TO THE ORDER OF
WELLS FARGO BANK NA 121000248
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

5

272483808 - Oakland County CU                    Wednesday, January 3, 2018 11:43 AM CT

| Capture Date | Sequence # | Check # | Member # | ,HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 7/21/2015 | 99188758 | 1160 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1160
74-8380/2724

6-1    15    Date

Pay to the Order of  Ocwen                    $ 507.69

Fore hundred seven + 69/00                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com  1 800 815 6237

For #709/68 8957

⑆272483808⑆  4117329  1160

ALL ENDORSEMENTS GUARANTEED BY DEPOSITORY BANK

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:43 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 8/25/2015 | 99399728 | 1010 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1010
74-8380/2724

8-1-15

Pay to the Order of _Ocwen_ $507.69

_Five hundred seven +69/00_ Dollars

OAKLAND COUNTY CREDIT UNION
www.oaklandcountycu.com 1-800-815-0237

For #7091688957

⑆272483808⑆ 4603029⑈ 1010

PAY TO THE ORDER OF
WELLS FARGO BANK NA 121000248
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:44 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 9/18/2015 | 99830578 | 1026 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
980 GOLFSIDE DR.
OXFORD, MI 48371

1026

74-8380/2724

9-1-15 Date

Pay to the Order of Ocwen                                    $ 507.69

One Hundred Seven +69/00                                Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-815-0237

For # 7091688957

⑆272483808⑆ 4603029⑈ 1026

PAY TO THE ORDER OF
WELLS FARGO BANK NA 121000248
OCWEN LOAN SERVICING LLC 7091888957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU                    Wednesday, January 3, 2018 11:44 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 10/23/2015 | 99905658 | 1240 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1240
74-83803/724

OCT 1 2015
Date

Pay to the Order of    Ocwen                          $ 507.69

five hundred seven + 69/100                          Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-415-0237

For  70916 88957

⑆272483808⑆    4117329⑆    1240

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

9

272463808 - Oakland County CU

Wednesday, January 3, 2018 11:45 AM CT

| Capture Date | Sequence # | Check # | Member # | HILo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 11/20/2015 | 99652417 | 1054 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1054

74-8380/2724

11 11 15

Pay to the Order of _Ocwen_            $507.69

_five hundred seven + 69/00_            Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com 1-800-519-0237

For 7091688957

⑆272483808⑆   4603029⑆   1054

PAY TO THE ORDER OF
WELLS FARGO BANK NA >1210000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

10

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:45 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 12/18/2015 | 99379186 | 1065 | 4603020 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
250 GOLFSIDE DR
OXFORD, MI 48371

1065
74-88802724

12-1-15

Pay to the Order of  Ocwen                          $ 507.69

One hundred seven +69/00                           Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-815-6237

For 7091688957

⑆272483808⑆   4603029⑈  1065

PAY TO THE ORDER OF
WELLS FARGO BANK NA>1210002484<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272463808 - Oakland County CU

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 1/26/2016 | 99426662 | 1080 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1080

74-8380/2724

1-1-16

Pay to the Order of: Ocwen                    $507.69

Five hundred seven + 09/00                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-819-0237

For: #7091688957 Loan#

⑈272483808⑈ 4603029⑈ 1080

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

12

272483808 - Oakland County CU                          Wednesday, January 3, 2018 11:47 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 2/18/2016 | 99889704 | 1088 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1088

74-8580/2724

2-1-16   Date

Pay to the
Order of  Ocwen                              $ 507.69

One hundred seven + 69/00                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-813-6227

For #7091688957

⑈272483808⑈    4603029⑈    1088

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

13

272463808 - Oakland County CU        Wednesday, January 3, 2018 11:48 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 3/17/2016 | 99632870 | 1098 | 4603029 | | $507.69 | | |

JOSEPHINE MCLEOD
PATRICK MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1098
74-838/02724

3-9-16

Pay to the Order of _Ocwen_    | $ 507.69 |

five hundred seven + 69/00 _____ Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-815-6237

For 7091688957

⑆272483808⑆   1 60 30 29 ⑈   1098

PAY TO THE ORDER OF
WELLS FARGO BANK NA >1210002482<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

14

272483808 - Oakland County CU                    Wednesday, January 3, 2018 11:48 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 4/18/2016 | 99482884 | 1304 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD                                          1304
JOSEPHINE A. MCLEOD                                  74-8580/2724
280 GOLFSIDE DR
OXFORD, MI 48371                    4-1-15
                                            Date

Pay to the
Order of  Ocwen                          $ 507.69

five hundred seven + 69/00          Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-615-0257

For  7091688957

⑈272483808⑈  4117329⑈  1304

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

15

272483808 - Oakland County CU                    Wednesday, January 3, 2018 11:49 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 5/19/2016 | 99527761 | 1306 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD                                        1306
JOSEPHINE A. MCLEOD                                   74-2580/2724
260 GOLFSIDE DR
OXFORD, MI 48371

5-1-16                                               Date

Pay to the
Order of  Ocwen                                    $ 507.69

five hundred seven + 69/100                        Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcounty.cu.com · 1-800-815-2337

For_____

⑆272483808⑆      4117329⑈      1306

PAY TO THE ORDER OF
WELLS FARGO BANK NA 121000248
OCWEN LOAN SERVICING LLC 7091686957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

16

272483808 - Oakland County CU                              Wednesday, January 3, 2018 11:49 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 6/15/2016 | 99166513 | 1340 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD                                              1340
JOSEPHINE A. MCLEOD                                        74-6380/724
280 GOLFSIDE DR
OXFORD, MI 48371

                                                6 | 1 | 16
                                                        Date

Pay to the
Order of   Ocwen                                    $ 507.69

five hundred seven 69/100                               Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-815-6227

For   T 7091688957

⑆272483808⑆   4117329⑈  1340

PAY TO THE ORDER OF
WELLS FARGO BANK NA 1210002484
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU         Wednesday, January 3, 2018 11:50 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 7/18/2016 | 99880227 | 1366 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD        1366
JOSEPHINE A. MCLEOD      74-8380/2724
280 GOLFSIDE DR
OXFORD, MI 48371

Pay to the Order of   Ocwen       $ 507.69

One hundred seven + 69/100     Dollars

OAKLAND COUNTY CREDIT UNION
www.oaklandcountycu.com · 1-800-815-6227

#7091688957

⑆272483808⑆   4117329⑈   1366

PAY TO THE ORDER OF
WELLS FARGO BANK NA X 1210002484
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

18

272483808 - Oakland County CU                      Wednesday, January 3, 2018 11:51 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 8/31/2016 | 99476473 | 1388 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD                                               1388
JOSEPHINE A. MCLEOD                                    74-8380/2724
280 GOLFSIDE DR
OXFORD, MI 48371

                                          8-1-16
                                                        Date

Pay to the
Order of   Ocwen                              |$ 507.69

five hundred seven 69/00                              Dollars

OAKLAND COUNTY  Loan #
CREDIT UNION    7091688957
www.oaklandcountycu.com · 1-800-915-8801

For  4202785

⑈272483808⑈   4117329⑈  1388

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

☐ CHECK HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
MOBILE DEPOSIT
ENDORSE HERE

19

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:51 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 10/24/2016 | 99499686 | 1428 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1428

74-8380/2724

10-1-16

Pay to the Order of Ocwen                    $507.69

Five Hundred Seven + 69/00                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-416-6227

For #7091688957

⑆272483808⑆          ⑈4117329⑈          1428

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

CHECK HERE IF BEFORE ENDORSING
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

ENDORSE HERE

FOR MOBILE DEPOSIT

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:52 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 11/16/2016 | 99864425 | 1447 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1447

74-6386/2724

11/1/16

Pay to the
Order of  Ocwen                    $507.69

Seven Hundred Seven +49/00                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-515-8237

For 7091688957

⑆272483808⑆      4117329⑈      1447

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:52 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 12/20/2016 | 99868008 | 1468 | 4117329 | | $507.69 | | |

**PATRICK W. MCLEOD**
**JOSEPHINE A. MCLEOD**
**260 GOLFSIDE DR**
**OXFORD, MI 48371**

**1468**
74-838/2724

Date 12 1 16

Pay to the
Order of Ocwen                    $507.69

~~seven hundred seven + 69/00~~                    Dollars

**OAKLAND COUNTY CREDIT UNION**
www.oaklandcountycu.com 1-800-815-3237

For 7091688957

⑈272483808⑈   4117329⑈   1468

CHECK HERE

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

MOBILE DEPOSIT

272483808 - Oakland County CU         Wednesday, January 3, 2018 11:53 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 1/19/2017 | 99700713 | 1491 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1491

1/1/17

Pay to the Order of: Ocwen

$507.69

five hundred seven + 69/100 ———— Dollars

OAKLAND COUNTY CREDIT UNION
www.oaklandcountycu.com 1-800-813-6227

For: 7091688957

⑈:272483808⑈ 4117329⑈ 1491

PAY TO THE ORDER OF
WELLS FARGO BANK NA 12000848
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

CHECK HERE FOR MOBILE DEPOSIT

ENDORSE HERE

272483808 - Oakland County CU

Wednesday, January 3, 2018 11:54 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 2/21/2017 | 20754932 | 1521 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1521
74-8880/2724

2/1/17  Date

Pay to the
Order of  Ocwen                              $ 507.69

five hundred seven+69/100                    Dollars

OAKLAND COUNTY
CREDIT UNION  # 709.10 88957

For _____

⑆272483808⑆  411732901521

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

24

272483808 - Oakland County CU      Wednesday, January 3, 2018 11:54 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 3/17/2017 | 80531036 | 1539 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1539

3-1-17

Pay to the Order of Ocwen    | $ 507.69

five hundred seven + 69/100    Dollars

OAKLAND COUNTY CREDIT UNION
www.oaklandcountycu.com · 1-800-813-8237

For #709168895?

⑆272483808⑆   4117329⑈   1539

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 709168895?
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

25

272483808 - Oakland County CU

Tuesday, November 7, 2017 9:53 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 4/20/2017 | 60713974 | 1558 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1558

4 1 17

Pay to the Order of  Ocwen                      $ 507.69

One hundred seven + 69/00                      Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-813-5237

For  # 70916 88957

⑆272483808⑆      4117329      1558

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 7096688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU

Tuesday, November 7, 2017 9:56 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 5/18/2017 | 60145060 | 1577 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1577

74-8380/2724

Date 5/11/7

Pay to the Order of  Ocwen                               $ 507.69

One hundred seven + 69/100                     Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-816-8227

For #709 16 83957

⑈272483808⑈  4117329⑈  1577

PAY TO THE ORDER OF
WELLS FARGO BANK NA 12100246
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

CHECK HERE
DO NOT WRITE, STAMP
MOBILE DEPOSIT



272483808 - Oakland County CU

Tuesday, November 7, 2017 10:00 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 6/26/2017 | 465508 | 1606 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1606

74-8380/2724

Date 6/1/17

Pay to the Order of Ocwen                    $507.69

five hundred seven + 69/100                    Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-818 4237

For

⑆272483808⑆    4117329⑈    1606

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091668957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU                                    Tuesday, November 7, 2017 10:02 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 7/20/2017 | 60321050 | 1622 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
260 GOLFSIDE DR
OXFORD, MI 48371

1622

74-9380/2724

7/1/17

Pay to the
Order of  Ocwen                          | $507.69

Nine hundred seven + 69/100 Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com, 1-800-916-8237

# 7091688951

For

⑆272483808⑆    4117329⑈    1622

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC 7091688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU

Tuesday, November 7, 2017 10:06 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 8/23/2017 | 40762350 | 1638 | 4117329 | H | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1638
74-8380/2724

8/1/17   Date

Pay to the
Order of   Ocwen                                    $ 507.69

five hundred seven + 69/00                        Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-813-0337

For   709168 8957

⑆272483808⑆   41173.29⑈   1638

PAY TO THE ORDER OF
WELLS FARGO BANK NA >124000248<
OCWEN LOAN SERVICING LLC 7094688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

272483808 - Oakland County CU                                    Tuesday, November 7, 2017 10:12 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 9/26/2017 | 97610844 | 1661 | 4117329 | | $507.69 | | |



272483808 - Oakland County CU                                    Tuesday, November 7, 2017 10:13 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 10/20/2017 | 70148746 | 1707 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD                                              1707
280 GOLFSIDE DR                                                  74-8380/2724
OXFORD, MI 48371

Pay to the
Order of ___Ocwen___                              $ 507.69

___five hundred seven + 69/100___                 Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com 1-800-819-5237

For  709168 8957

⑆272483808⑆    4117329⑈   1707

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 709 688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

ENDORSE HERE

CHECK HERE
MOBILE DEPOSIT

32

272483808 - Oakland County CU      Thursday, November 30, 2017 3:16 PM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 11/21/2017 | 76186820 | 1737 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
260 GOLFSIDE DR
OXFORD, MI 48371

1737
74-82/2724

Date _10/1/17_

Pay to the Order of _Ocwen_    $ 507.69

_five hundred seven & 09/100_ Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-353-4722

For _7091688957_

⑆272483808⑆   4117329   1737

PAY TO THE ORDER OF
WELLS FARGO BANK NA >121000248<
OCWEN LOAN SERVICING LLC #0091688957
IN TRUST FOR VARIOUS INVESTOR/MORTGAGORS

12-66747-mbm    Doc 146    Filed 01/12/18    Entered 01/12/18 12:32:46    Page 38 of 54

33

272483806 - Oakland County CU

Wednesday, January 3, 2018 10:53 AM CT

| Capture Date | Sequence # | Check # | Member # | HiLo | Amount | Return Reason | Return Date |
|---|---|---|---|---|---|---|---|
| 12/21/2017 | 72880118 | 1765 | 4117329 | | $507.69 | | |

PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1765
74-8380/2724

12-1-17

Pay to the Order of Ocwen                                    $ 507.69

Five Hundred seven + 69/00                          Dollars

OAKLAND COUNTY CREDIT UNION #709 1688957
www.oaklandcountycu.com 1-800-813-6522

For Dec 2017 mrtg pmt

⑈272483806⑈    4117329    1765

PAY TO THE ORDER OF
WELLS FARGO BANK NA
OCWEN LOAN SERVICING LLC 709 1688957
IN TRUST FOR VARIOUS INVESTOR MORTGAGORS

①

EXHIBIT 2 – B: Letter Reflecting Lump Sum Payment of $7,623.53

**Lump Sum**

August 11, 2015

To: Ocwen

RE:     Account #
        793 E Walton Blvd
        Pontiac, MI 48340

We are writing this letter to accompany cashier's check #167995 in the amount of $ 7623.53.

Per our Chapter 11 Bankruptcy plan we were instructed to pay $ 507.69 per month. We attempted to make this payment, but Ocwen refused to accept our payments and sent them back to us. Following the advice of our attorney we opened an escrow account at our local Credit Union and continued to make the required monthly payment directly into this account so that we would be in compliance with the bankruptcy mandate. The enclosed cashier's check represents monies that were paid into this escrow account during the time Ocwen was refusing to accept our payments.

Now that Ocwen is accepting our payment our attorney has advised us to release these funds. Please accept this check and credit the funds in our account as regular payments that should have covered the timeframe between January 2014 through April 2015. We should not incur any late fees or derogatory credit reporting to our credit as it was Ocwen who was not following the bankruptcy plan by not accepting our payments.

If you have any questions please don't hesitate to contact me directly at the number listed below. Should you get my voicemail please leave a message with your direct contact information and I will call back as soon as possible.

Sincerely,

Patrick Mcleod
280 Golfside Dr
Oxford MI 48371
248-515-3226 Cell

OAKLAND COUNTY
CREDIT UNION

NCUA

No. 167995

EXHIBIT 2 – C: ACH Confirmation Numbers of Payments Made 12/3/13 & 7/15/15

12-2-66

## 793 E Walton Blvd Pontiac, MI 48340 Payment Ledger
### From Start of plan to present

| Date | Payment Method | Payment History | Total Paid To P&I | Date Cleared | Copy of Check? | Method of Payment |
|---|---|---|---|---|---|---|
| 10/7/2013 | Ck #730 Acct #329 | $507.69 | $507.69 | 12/11/2013 | Yes | Mailed |
| 11/7/2013 | Ck #782 Acct #329 | $507.69 | | MISSING | NO | Mailed |
| 12/5/2013 | ACH Pmt | $507.69 | | 12/3/2014 | Yes | Phone |
| 12/16/2013 | Ck# 881 Acct #329 | $507.69 | $507.69 | 1/3/2014 | Yes | Mailed |
| 1/6/2014 | Ck# 899 Acct #329 | $507.69 | | RETURNED | N/A | Mailed |
| 2/6/2014 | Ck #921 Acct #329 | $507.69 | | RETURNED | N/A | Mailed |
| 3/7/2014 | transfer from 329 to escrow | $1,015.38 | | N/A | N/A | Escrow |
| 3/14/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 4/9/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 5/9/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 6/5/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 7/9/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 8/8/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 9/17/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 11/4/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 11/18/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 12/9/2014 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 12/16/2014 | Ck# 984 Acct #329 | $507.69 | $507.69 | 1/9/2015 | Yes | Mailed |
| 1/9/2015 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 2/7/2015 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 3/13/2015 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 4/1/2015 | transfer from 329 to escrow | $507.69 | | N/A | N/A | Escrow |
| 5/10/2015 | Ck# 1124 | $507.69 | | 5/29/2015 | Yes | Mailed |
| 6/10/2015 | Ck# 1160 | $507.69 | | 7/21/2015 | Yes | Mailed |
| 7/1/2015 | ACH Phone pmt from Acct 329 | $466.15 | | 7/16/2015 | N/A | Phone |
| 8/1/2015 | Ck# 1010 Acct #029 | $507.69 | | 8/25/2015 | Yes | Mailed |
| 8/10/2015 | Cashier's Check 187995 | $7,623.53 | $7,623.53 | Unknown | Yes | Mailed |
| 9/1/2015 | Ck# 1026 Acct #029 | $507.69 | | 9/18/2015 | Yes | Mailed |
| 10/1/2015 | Ck# 1240 Acct #329 | $507.69 | | 10/23/2015 | Yes | Mailed |
| 11/1/2015 | Ck# 1054 Acct #029 | $507.69 | | 11/20/2015 | Yes | Mailed |
| 12/1/2015 | Ck #1065 Acct #329 | $507.69 | | 12/18/2015 | Yes | Mailed |
| 1/1/2016 | Ck# 1080 Acct #029 | $507.69 | | 1/25/2016 | Yes | Mailed |
| 2/1/2016 | Ck# 1088 Acct #029 | $507.69 | | 2/18/2016 | Yes | Mailed |
| 3/1/2016 | Ck #1098 Acct #029 | $507.69 | | 3/17/2016 | Yes | Mailed |
| 4/1/2016 | Ck #1304 Acct 329 | $507.69 | | 4/18/2016 | Yes | Mailed |
| 5/1/2016 | Ck #1306 Acct 329 | $507.69 | | 5/19/2016 | Yes | Mailed |
| 6/3/2016 | Ck #1340 Acct #329 | $507.69 | | 6/15/2016 | Yes | Mailed |
| 7/1/2016 | Ck #1366 Acct 329 | $507.69 | | 7/18/2016 | Yes | Mailed |
| 8/1/2016 | Ck #1388 Acct #329 | $507.69 | | 8/31/2016 | Yes | Mailed |
| 9/1/2016 | ? | $0.00 | | | N/A | Missed |
| 10/10/2016 | Ck #1428 Acct #329 | $507.69 | | 10/24/16 | Yes | Mailed |
| 11/1/2016 | Ck #1447 Acct 329 | $507.69 | | 11/16/2016 | Yes | Mailed |
| 12/1/2016 | Ck #1468 Acct #329 | $507.69 | | 12/20/2016 | Yes | Mailed |
| 1/1/2017 | Ck #1491 Acct 329 | $507.69 | | 1/19/2017 | Yes | Mailed |
| 2/1/2017 | Ck #1521 Acct 329 | $507.69 | | 2/21/2017 | Yes | Mailed |
| 3/1/2017 | Ck #1539 Acct 329 | $507.69 | | 3/17/2017 | Yes | Mailed |
| 4/1/2017 | Ck #1558 Acct 329 | $507.69 | | 4/20/2017 | Yes | Mailed |
| 5/1/2017 | Ck #1577 Acct 329 | $507.69 | | 5/16/2017 | Yes | Mailed |
| 6/1/2017 | Ck #1606 Acct #329 | $507.69 | | 6/26/2017 | Yes | Mailed |
| 7/1/2017 | Ck #1672 Acct #329 | $507.69 | | 7/20/2017 | Yes | Mailed |
| 8/10/2017 | Ck #1638 Acct #329 | $507.69 | | 8/23/2017 | Yes | Mailed |
| 9/1/2017 | Ck #1661 Acct # 329 | $507.69 | | 9/26/2017 | Yes | Mailed |
| 10/1/2017 | Ck #1707 Acct #329 | $507.69 | | 10/20/2017 | Yes | Mailed |

| Date | Payment Method | Payment History | Total Paid To P&I | Date Cleared | Copy of Check? | Method of Payment | Comments |
|---|---|---|---|---|---|---|---|
| 11/1/2017 | Ck #1737 Acct #329 | $507.69 | $507.69 | 11/21/2017 | yes | Mailed | |
| 12/1/2017 | Ck #1765 Acct #329 | $507.69 | $507.69 | 12/21/2017 | Yes | Mailed | |
| 12/8/2017 | Ck #1752 Acct #329 | $507.69 | Trotr/Trott | Last Check | NO | Mailed*** | ****Mailed 9/9/16 retro pmt to M |
| 12/21/2017 | Ck #1778 Acct #329 | $507.69 | $507.69 | | | Mailed*** | ***Mailed replacement check for |
| 12/20/2017 | Ck #1779 Acct #329 | $165.27 | | | | Mailed*** | ***Mailed to Michelle Stevenson |

$25,858.83

Total number of months since start of BK 10/1/13 is 51 months. So, 51 months X $507.69 = $25,892.19 represents total that should have been paid. Fro
Difference is $25,892.19 - $25,858.83 = $33.36. So looks like we're short a small amount. This may be a result of payment made in 7/2015 when CSR ad

ACH

Paments

EXHIBIT 2 – D:   Payment mailed on Dec. 4, 2017 but lost (NOT credited on Ex. A)

# STEVENSON & BULLOCK, P.L.C.

**Attorneys and Counselors**
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
Fax: (248) 354-7907

Michael A. Stevenson
Charles D. Bullock*
Kimberly Bedigian
Ernest M. Hassan, III
Sonya N. Goll
Elliot G. Crowder**
Michelle Stephenson

Of Counsel, Michael J. Devine (1941-2013)

*Also licensed in Tennessee
**Also Licensed in New York

December 4, 2017

Trott Law, PC
Attn: Crystal Price-Buckley
31440 Northwestern Hwy. Ste. 200
Farmington Hills, MI 48334

      Re:    Patrick & Josephine McLeod
              Case No. 12-66747
              Sept. 2016 Payment for Mortgage

Dear Crystal,

      Please find check no. 1752 for $507.69 which represents the payment for September 2016. Please forward to your client and have the payment be applied to that month in question.

      Of you have any questions, please do not hesitate to contact me.

                 Very Truly Yours,

                 STEVENSON & BULLOCK, P.L.C.

                 Michelle M. Stephenson
                 mstephenson@sbplclaw.com

Encls.



PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1752
74-9380/2724

Date 12/1/17

Pay to the
Order of    Ocwen                                    $ 507.69

Five Hundred Seven & 69/100                          Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com 1-800-815-8237

For 9/2014 Bnl 7091688957

1:272483808: 41673291" 1752

EXHIBIT 2 – E:  Payment mailed certified on Dec. 29, 2017

**STEVENSON & BULLOCK, P.L.C.**
**Attorneys and Counselors**
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
Fax: (248) 354-7907

Of Counsel, Michael J. Devine (1941-2013)

Michael A. Stevenson
Charles D. Bullock*
Kimberly Bedigian
Ernest M. Hassan, III
Sonya N. Goll
Elliot G. Crowder**
Michelle Stephenson

*Also licensed in Tennessee
**Also Licensed in New York

December 29, 2017

Crystal L. Price-Buckley
Trott Law, P.C.
31440 Northwestern Highway,
Suite 200
Farmington Hills, Michigan 48334

Re:  Patrick and Josephine Mcloed
     Case Number 12-66747

Dear Mrs. Price-Buckley,

Please find enclosed the reissued payments to Ocwen for property taxes in the amount of $165.27 and the September 2016 mortgage payment in the amount of $507.69. If you have any questions, do not hesitate to contact me.

Sincerely,

Ernest Hassan, III





PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1778
74-6360/2724

Date 12-1-17

Pay to the Order of _Ocwen_ | $ 507.69

_One hundred seven + 69/100_ Dollars

OAKLAND COUNTY CREDIT UNION
www.oaklandcountycu.com · 1-800-815-0237

#2091488907

For _for Sept 2016 mrtg pmt_

⑆272483808⑆ 46673291⑆ 1778



PATRICK W. MCLEOD
JOSEPHINE A. MCLEOD
280 GOLFSIDE DR
OXFORD, MI 48371

1779

74-8380/2724

12-20-17    Date

Pay to the
Order of    Ocwen                                    $ 165.27

One hundred sixty five + 27/00                      Dollars

OAKLAND COUNTY
CREDIT UNION
www.oaklandcountycu.com · 1-800-615-6237

For    Ocwen property taxes

⑃272483808⑃    4667329⑁    6779

<u>EXHIBIT 2 – F:  Evidence of ACH payment for Cure of Remaining delinquency and</u>
<u>January 2018 Payment</u>

**Michelle Stephenson**

| Subject: | FW: EXTERNAL: Ocwen Loan Servicing, LLC Payment Confirmation |
|---|---|

From: noreply@westernunionspeedpay.com [mailto:noreply@westernunionspeedpay.com]
Sent: Thursday, January 11, 2018 1:28 PM
To: McLeod, Patrick W
Subject: EXTERNAL: Ocwen Loan Servicing, LLC Payment Confirmation

RE: Loan ending in 8957

Dear PATRICK MCLEOD,

This email is to confirm that a payment was authorized to be applied to the account referenced above on 01/11/2018.

Details regarding the transaction appear below:

Payment Amount: $1048.74 plus $0.00 convenience fee Payment scheduled on: 01/11/2018 Confirmation Number: 28001788

Per our agreement, the above noted funds will be automatically debited from your bank account. Please retain this email as documentation regarding the transaction. On your bank account statement, typically, you will not see a check number.

If your bank does not allow for ACH transactions, your payment may be processed as a check transaction.

If you have any questions, please contact our Customer Care Center at 1-800-746-2936. Representatives are available to assist you Monday through Friday 8:00 am to 9:00 pm (ET), Saturday 8:00 am to 5:00 pm (ET), and Sunday 9:00 am to 9:00 pm (ET).

Sincerely,

The Western Union® Speedpay® Service

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

We respect your privacy. View the Western Union® Speedpay® Service Privacy Policy at: https://www.speedpay.com/privacy.asp and our Terms and Conditions at: https://www.speedpay.com/westernuniontac_cf.asp. You are receiving this email because of your relationship with Ocwen Loan Servicing, LLC.

©2018 Western Union Holdings, Inc. All Rights Reserved. The Western Union® Speedpay® Service is provided by Speedpay, Inc., a wholly owned subsidiary of The Western Union Company (NYSE:WU). All other logos, trademarks, service marks, and trade names referenced in this material are the property of their respective owners.

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender.

EXHIBIT 3 – Creditor's Ledger

| Debtor Name | Patrick Mcleod |
|---|---|
| BK Case # | 12-66747 |
| Date BK Filed | 12/10/12 |
| Post Due Date | 09/01/17 |

Note: As per the cram down terms the 1st post petition due date is 09/01/2013

| Post-Petition Due | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance | |
|---|---|---|---|---|---|---|
| 09/01/13 | 12/2/2013 | 507.69 | 507.69 | $ - | $ - | ACH |
| 10/01/13 | 12/3/2013 | 507.69 | 507.69 | $ - | $ - | |
| 11/01/13 | 12/19/2013 | 507.69 | 507.69 | $ - | $ - | |
| 12/01/13 | 12/31/2014 | 507.69 | 507.69 | $ - | $ - | |
| 01/01/14 | 5/28/2015 | 507.69 | 507.69 | $ - | $ - | |
| 02/01/14 | 7/9/2015 | 507.69 | 507.69 | $ - | $ - | |
| 03/01/14 | 7/15/2015 | 466.15 | 507.69 | $ (41.54) | $ (41.54) | ACH |
| 04/01/14 | 8/18/2015 | 7,623.53 | 507.69 | $ 7,115.84 | $ 7,074.30 | |
| 05/01/14 | 8/24/2015 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 06/01/14 | 9/17/2015 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 07/01/14 | 10/22/2015 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 08/01/14 | 11/19/2015 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 09/01/14 | 12/17/2015 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 10/01/14 | 1/22/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 11/01/14 | 2/17/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 12/01/14 | 3/16/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 01/01/15 | 4/15/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 02/01/15 | 5/18/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 03/01/15 | 6/14/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 04/01/15 | 7/15/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 05/01/15 | 8/30/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 06/01/15 | 10/21/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 07/01/15 | 11/15/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 08/01/15 | 12/19/2016 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 09/01/15 | 1/18/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 10/01/15 | 2/17/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 11/01/15 | 3/16/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 12/01/15 | 4/19/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 01/01/16 | 5/17/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 02/01/16 | 6/23/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 03/01/16 | 7/19/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 04/01/16 | 8/22/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 05/01/16 | 9/26/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 06/01/16 | 10/20/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 07/01/16 | 11/20/2017 | 507.69 | 507.69 | $ - | $ 7,074.30 | |
| 08/01/16 | | | 507.69 | $ (507.69) | $ 6,566.61 | |
| 09/01/16 | | | 507.69 | $ (507.69) | $ 6,058.92 | |
| 10/01/16 | | | 507.69 | $ (507.69) | $ 5,551.23 | |
| 11/01/16 | | | 507.69 | $ (507.69) | $ 5,043.54 | |
| 12/01/16 | | | 507.69 | $ (507.69) | $ 4,535.85 | |
| 01/01/17 | | | 507.69 | $ (507.69) | $ 4,028.16 | |
| 02/01/17 | | | 507.69 | $ (507.69) | $ 3,520.47 | |
| 03/01/17 | | | 507.69 | $ (507.69) | $ 3,012.78 | |
| 04/01/17 | | | 507.69 | $ (507.69) | $ 2,505.09 | |
| 05/01/17 | | | 507.69 | $ (507.69) | $ 1,997.40 | |
| 06/01/17 | | | 507.69 | $ (507.69) | $ 1,489.71 | |
| 07/01/17 | | | 507.69 | $ (507.69) | $ 982.02 | |
| 08/01/17 | | | 507.69 | $ (507.69) | $ 474.33 | |
| 09/01/17 | | | 507.69 | $ - | $ 474.33 | |
| | | $ 24,343.65 | $ 24,885.12 | | $ 474.33 | |
| | | $ (476.33) | | | | |

| Due Date | Due Amount |
|---|---|
| 09/01/17 | 507.69 |
| 10/01/17 | 507.69 |
| 11/01/17 | 507.69 |
| 12/01/17 | 507.69 |
| TOTAL DUE | $ 2,030.76 |